# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

BIAFRA REPUBLIC GOVERNMENT           )
    IN-EXILE                                              )
        7200 Belair Road                        )
        Suite # 2                                  )
        Baltimore, MD 21206                  )
                           )   Civil CASE NO. 25-1710
                           )
                Plaintiff,               )
                           )
    v.                                                    )
                           )
                           )
UNITED STATES OF BIAFRA-BIAFRA       )
    REPUBLIC GOVERNMENT               )
    IN-EXILE DEFACTO CORPORATION)
        1726 Connecticut Avenue, N.W. )
        Washington, D.C. 20009             )
                           )
        2449 Tolliver Drive                    )
        Ellenwood, GA 30294                 )
                           )
NGOZI ORABUEZE                              )
        2449 Tolliver Drive                    )
        Ellenwood, GA 30294                 )
                           )
ADA EZEH                                          )
        13 Sheridan Street N.W.             )
        Washington, D.C. 20011             )
                           )
UGONNA CHRISTIAN OLEJEMAH        )
                           )
        C/Larra No 13                          )
        Piso 7                                      )
        Puerta C., Madrid                     )
        Spain                                       )
                           )
                           )
                           )
                           )

)
UCHENNA OBJIJIAKU                )
                                 )
    Alaniityntie 2 M 45        )
    02760 Espoofinland        )
    Finland                   )
                                 )
DIANA EMEH                       )
                                 )
    263 Randall Avenue        )
    Elmont, New York 11003    )
                                 )
SOLOMON NKWOCHA                  )
                                 )
    4605 Club Course Drive    )
    North Charleston, SC 29420 )
                                 )
IJEOMA EZE                       )
                                 )
    665 Franshire W           )
    Columbus, OH 43228        )
                                 )
ULO N OGBONNA                    )
                                 )
    3524 Willow Run Drive     )
    Toledo, OH 43607          )
                                 )
NARIEL OFFOMAH                   )
                                 )
    1350 Walton Way           )
    Augusta, GA 30901         )
                                 )
EBENEZER ANENE                   )
                                 )
    2760 Willow Creek Drive   )
    League City, TX 77573     )
                                 )
GODWILL IROH                     )
                                 )
    5 Francis Avenue          )
    Morrisville, PA 19067     )
                                 )
                                 )

-2-

```
                                                    )
                                                    )
DOROTHY ANTHONY                                     )
                                                    )
            293 Eddystone Avenue                    )
            Suite 8A                                )
            M3N 1H8, North York, ON                 )
            Canada                                  )
                                                    )
ROSE NDIDI ALLEN IKEJORAH-AGWU                      )
                                                    )
            Fritz-Dachert-Weg 59                    )
            64297 Darmstadt                         )
            Germany                                 )
                                                    )
PVALENTINE EKWEGHARIRI                              )
                                                    )
            51 Carmen Avenue                        )
            Trenton, NJ 07060                       )
                                                    )
OLUCHI ULUMMA MBACHU                                )
                                                    )
            51 Carmen Avenue                        )
            Trenton, NJ 07060                       )
                                                    )
                            Defendants  )
                                                    )
```

## COMPLAINT

(FRAUD, TORTIOUS INTERFERENCE, CONVERSION AND RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT

Plaintiff brings this action seeking damages arising out of a deliberate and unlawful scheme orchestrated by Defendants involving acts of fraud, tortuous interference, conversion and predicate acts constituting violations of the Racketeer Influenced and Corrupt Organizations act ("RICO"), 18 U.S.C. § 1961 *et seq.*

As detailed herein, Defendants engaged in a coordinated course of conduct

-3-

designed to deceive, manipulate, and defraud causing injury to Plaintiff, causing

significant financial harm and material disruption to the lawful operation of

Plaintiff.  Through knowing and intentional misrepresentations, wrongful

inducements, and overt acts in furtherance of a racketeering enterprise, defendants

have inflicted damages for which Plaintiff now seeks damages under applicable

federal and state law.

<u>JURISDICTION AND VENUE</u>

1.      The matter in controversy exceeds, exclusive of interest and costs, the

sum of seventy-five thousand dollars.

2.      Subject-matter jurisdiction is vested in the Court under

28 U.S.C.§ 1332 and are subject to suit in the courts of the United States for various

federal and state causes of action pursuant 18 U.S.C. § 1964© for violation 18

U.S.C. § 1962.

3.      Venue is properly laid in this District under Venue is proper under 28

U.S.C. § 1391(b)(3).

<u>THE PARTIES</u>

4.      Plaintiff, the Biafra Republic Government In-Exile is a non-stock

corporation, registered in Baltimore, Maryland.

5.      Defendant Ngozi Orabueze ("Orabueze") is a Nigerian-American

nurse practitioner based in Atlanta, Georgia.

6.      United States of Biafra-Biafra Republic Government in Exile-Defacto

corp is an organization in the State of Georgia created by Orabueze and registered on January 5, 2025.

7.      Ada Ezeh is an individual residing in the District of Columbia and holds the position of Department of State Director Foreign Affairs - North/South America" United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

8.      Ugonna Christian Olejemah is an individual residing in Madrid, Spain and holds the position of "Media Team - Department of Information, Telecommunications and postal services" United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

9.      Uchenna Obijiaku is an individual residing in Espoofinland, Finland and holds the position of "Director European Affairs (Africa, Asia, Oceania)" United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

10.      Diana Emeh is an individual residing in Elmont, New York and holds the position of "Secretary of Finance, Economic Development, and Trade" United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

11.      Solomon Nkwocha is an individual residing in North Charleston, South Carolina and holds the position of Defense" in United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

12.      Ijeoma Eze is an individual residing in Columbus, Ohio and holds the position of "Senior Bureau, Official North & South American Affairs, USB

Department of State" in  United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

13.    Ulo N Ogbonna is an individual residing in Toledo, Ohio and holds the position of  "Secretary of Employment, Labour, and Productivity" in United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

14.    Dr. Nariel Offomah is an individual residing in Augusta, Georgia and holds the position of "Senior Cabinet Member" in United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

15.    Ebenezer Anene is an individual residing in League City, Texas and holds the position of "Secretary of Housing, Urban Development, and Infrastructure Planning" in United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

16.    Godwill Iroh is an individual residing in Morrisville, PA and has acted as a accomplice to Orabueze  in United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

17.    Dr. Dorothy Anthony is an individual residing in North York, Ontario Canada and holds the position of "Secretary of Interior and Homeland Security" United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

18.    Rose Ndidi Allen Ikejiorah-Agwu is an individual residing in Darmstadt, Germany and holds the position of  "Department of Community And Social Services (Disability)" in United States of Biafra-Biafra Republic Government

in Exile-Defacto Corp.

19.    PValentine Ekweghariri is an individual residing in Trenton, New Jersey and holds the position of co-administrator within the State of New Jersey for the United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

20.    Oluchi Ulumma Mbachu is an individual residing in Trenton, New Jersey and holds the position of co-administrator within the State of New Jersey for the United States of Biafra-Biafra Republic Government in Exile-Defacto Corp.

## FACTUAL ALLEGATIONS

21.    The Republic of Biafra ("Biafra") was a partially recognized sovereign state which declared independence from Nigeria on or about May 30, 1967 and existed from 1967 to 1970. Its territory consisted of what is today the South-east region of Nigeria.

22.    Biafra was, and continues to be, predominantly inhabited by the Igbo ethnic group, who are predominantly Christians and traditional worshipers.

23.    Biafra independence and separation was gained under the leadership of the Igbo military officer and Eastern Region governor Chukwuemeka Odumegwu Ojukwu as a result of coups, instability, and anti-Igbo pogroms by the government of Nigeria.

24.    Chukwuemeka Odumegwu Ojukwu served as the president of the Republic of Biafra until Nigeria's re-annexation of Biafra in 1970. During the civil war, millions of Biafrans were killed through starvation due to a Nigerian-imposed

blockade.

25.    The conditions that led to civil war and subsequent independence
continue to persist to this day.  Nigeria has a poor record on human rights and
religious freedom, and the persecution of Igbos and Christians has significantly
worsened during the past two decades, due to the emergence of Islamic terrorist
organizations in Nigeria as well as an increasing radical Islamification of the
Nigerian government.

26.    Due to the ongoing human rights abuses and religious discrimination
by the government of Nigeria the Biafrans have been seeking to re-constitute Biafra
which has inspired a liberation movement with the goal of independence from
Nigeria.  The modern day neo-Biafran independence movement began in 1999,
when Chief Ralph Uwazuruike formed the Movement for the Actualization of the
Sovereign State of Biafra (MASSOB).

27.    One of Mr. Uwazuruike's associates, Mazi Nnamdi Kanu, then formed
a separate organization in 2012, the Indigenous People of Biafra (IPOB), which
became the leading civic organization advocating for the independence of Biafra.
The Nigerian government orchestrated Mr. Kanu's kidnapping from Kenya in 2021,
resulting in criticism of Nigeria's conduct by the United Nations.

28.    Following Nnamdi Kanu's kidnapping, Simon Ekpa, a Finland-based
disciple of Nnamdi Kanu and one-time director of the IPOB's Radio Biafra formed
the Biafra Republic Government in Exile ("BRGIE") in 2023, as a vehicle to engage

in political activism to promote Biafran-independence. The BRGIE is a non-stock corporation, registered in Baltimore, Maryland, of which Maryland resident Ogechukwu Nkere (A.K.A.// Isaiah Harrison Anyaogu) is the President and Registered Agent.

29.    In June of 2024, the BRGIE hired the Washington, DC-based lobbying firm of Moran Global Strategies, founded by former Congressman Jim Moran. MGS filed the lobbying contract with the foreign agent office of the U.S. Department of Justice, and MGS lobbyists Jim Moran and Elias Gerasoulis registered as foreign agents of BRGIE.

30.    In November of 2024 further expanded its representation by retaining the Law Offices of Arman Dabiri and Associates, P.L.L.C. in November of 2024, to represent BRGIE as its legal interests in Washington, D.C.

31.    Shortly after the formation of BRGIE in 2023, Orabueze joined the organization and became the Chief of Staff of Prime Minister Simon Ekpa, the founder of BRGIE.  Orabueze acted as a personal secretary to Prime Minister Ekpa, was not at any point signatory or a part of any of the organizational charter of the BRGIE in Baltimore, Maryland.

32.    Orabueze  has been active in many Nigerian organizations in the United States, including being the Chairperson of the Peoples Democratic Party (PDP) in Atlanta, Georgia as well as being involved in social organizations such as the People's Club of Nigeria. The Peoples Democratic Party (PDP) is a major

political party in Nigeria.

33.    In late December of 2024, Mr. Nkere had been inaugurated as the leader of the BRGIE as a result of a public election orchestrated by the Conflict Resolution Committee (CRC).  He was named as the Acting Prime Minister of the Biafra liberation movement.

34.    On or about December 2024 Orabueze attempted an illegitimate and unlawful takeover of BRGIE, declaring herself a 'deputy Prime Minister' and 'acting head of state'.

35.    On or about mid-December of 2024 Orabueze, without authorization and unlawfully, removed physical property of the BRGIE, including, but not limited to, declaration documents and transported the aforementioned proprietary property across international borders from Finland to the United States. Orabueze further directed and conspired with other individuals to unlawfully and without authorization to take other BRGIE property, including but not limited to, laptop computers, in different countries.

36.    On or about the same time Orabueze posted on X, formerly Twitter, unilaterally and without lawful authority firing members of BRGIE.

37.    Orabueze, subsequent to her unauthorized actions, publicly declared and left the BRGIE to create her own organization to compete against the BRGIE, registering the "United States of Biafra-Biafra Republic Government in Exile-Defacto corp" as an organization in the State of Georgia on January 5, 2025.

38.     On or about January 13, 2025 Orabueze asserted *via* a post on X (formerly Twitter) that by registering her domestic organization in the State of Georgia that the State of Georgia and its Secretary of State Brad Raffensperger recognized the sovereign state and nation of Biafra.

39.     Due to actions of Orabueze the original founder and leader of BRGIE, through his attorney in writing issued a statement declaring that Mr. Nkere is the rightful leader of BRGIE, and denouncing Orabueze's actions.

40.     Despite multiple public declarations that she had left BRGIE and starting her own registered organization in the State of Georgia Orabueze attempted to continue to use the services of Moran Global Strategies and the Law Offices of Arman Dabiri & Associates, P.L.L.C. by issuing instructions electronically *via* email and fraudulently engaging the services of the two firms. Due to Orabueze's actions, both Moran Global Strategies and the Law Offices of Arman Dabiri & Associates, P.L.L.C. sent Dr. Orabueze written notice terminating their professional relationship with her.

41.     On or about mid-January 2025 Orabueze directed co-defendants Godwill Iroh of Pennsylvania, and Uchenna Obijiaku of Finland, as well as Praise Somtojag Edgwu based in Ghana, to hijack a database containing the personal information of Biafrans.  The information was  had provided to BRGIE by members of the Biafran community in the United States as well as globally for an initiative to issue Biafran identity cards. Orabueze and her co-conspirators hacked and

unlawfully and without authorization accessed and copied the personal information

from Biafrans in the United States.

42.     On or about February 16, 2025, Dr. Orabueze sent an email to both

the Law Offices of Arman Dabiri & Associates and Elias Gerasoulis 'terminating'

their contracts with the BRGIE. Dr. Orabueze, in her email, stated "This letter

serves as a formal termination of the contract between Biafra Republic government

in exile and you/ company as attorney, lobbyist and agent for the government. This

termination takes effect today February 15th, 2025".   Orabueze, despite leaving

BRGIE as well as starting a competing organization was fraudulently issuing

instructions on behalf of BRGIE as well as attempting to interfere with the legally

binding contractual relationship of BRGIE with its legal counsel and chief lobbyist

in Washington, D.C.

43.     Orabueze asserted that she, along with her "cabinet" members of her

newly formed organization voted to cancel and terminate the legally binding above

contracts of BRGIE with its legal counsel and its Washington, D.C. lobbying group.

Orabueze with the other defendants ("Cabinet Members") conspired to act together

to interfere with the contracts of BRGIE as well as fraudulently and without

authorization impersonate members of BRGIE.

44.     On or about February 16, 2025, Orabueze relayed a similar message

*via* text to former Congressman Jim Moran, Chairman of Moran Global Strategies.

In addition, Orabueze noted "This decision was agreed upon and approved by the

Cabinet of the United States of Biafra formerly BRGIE. This decision is approved by me.".

45.    Orabueze, on or about February 16, 2025, texted Mr. Gerasoulis a press release/statement signed by her on the same date, asserting that she decided to unilaterally dissolve the BRGIE organization in Baltimore, Maryland and that all the assets of the BRGIE should be transferred to her organization. Orabueze at this point was not a member of BRGIE and even during her membership did not have any authority to dissolve an incorporate organization in Maryland.

46.    Orabueze continues to attempted to impersonate that she is the leader of BRGIE by using BRGIE's trademark and logos on the website of her organization, and in her postings on X (formerly Twitter). Orabueze used, and continues to use, without authorization, photos of the physical headquarters of the BRGIE in Baltimore, Maryland on the website of her competing entity located in the State of Geogia.  Orabueze further continues to use the printed materials and property of BRGIE in falsely promoting her competing organization.

47.    In response to the unauthorized use of BRGIE logos, photographs of the headquarters of BRGIE, impersonating the leadership of BRGIE, through Mr. Dabiri, sent by certified mail Orabueze cease and desist letters, dated February 3, 2025.

48.    Orabueze never formally responded to the cease and desist letters of February 2025.  Rather, in response, Orabueze posted photos of the cease and

desist letter on X (formerly Twitter) dated February 8, 2025, and asserted that "The criminals in ex BRGIE cabinet told Arman Dabiri to write me to stop fundraising and using BRGIE and PM Simon Ekpas name (read letter) Please tell this fool that he is not a Biafran and he is only as strong as the power I and Biafrans gave him".

49.    Orabueze routinely posts videos on platforms such as YouTube with fraudulent and outlandish claims.  In one instance she asserted that  the President of the United States, Donald J. Trump, is the "President of the United States of Biafra". In another video, Orabueze claimed that the government of Finland called the U.S. government to tell them that "Orabueze is a terrorist, and that the United States government responded by telling the government of Finland to 'go to hell'."

50.    On or about April 15, 2025 in post on X (formerly Twitter) on April 15, 2025, Orabueze asserted falsely that she is "an Official Trump Cabinet member" (*emphasis added*).   An attempt to impersonate a U.S. government cabinet member and part of the Executive Office of the United States is a violation of the 18 U.S.C. § 912.

51.    Orabueze fraud is not new and she  developed a reputation for defrauding organizations and being a serial impersonator. The President of the National Council of Women's Societies (NCWS), Gloria Shoda, released a public video statement accusing Orabueze of being an impersonator and pretending to be a representative of NCWS in the United States. Ms. Shoda stated that she and her organization did not even know who Orabueze was and called Orabueze a "liar",

and asked her to cease and desist from claiming to be a leader of NCWS in the United States. Orabueze continues her impersonation of being a NCWS leader continues to this very day, having created a "NCWS website" claiming she is the Founder of NCWS.

52.    Orabueze's has falsely impersonated both BRGIE as well as falsely asserting to be a member of the United States President's Cabinet, in order to fund-raise from members of the Biafran community in the United States as well as the international Biafran diaspora.    She has further falsely asserted that the State of Georgia has recognized Biafra as sovereign nation.

### COUNT ONE
### FRAUD

53.    Paragraphs 1 through 52 are incorporated herein as fully set forth.

54.    As a direct and proximate results of materially false, willful, and intentional representations of Orabueze, her organization and the other defendants

55.    At the time the representation were made, Defendants knew them to be false or made them recklessly without regard for their truth.

56.    Defendant made the representations with the intent to induce Biafrans to reply upon them and to divert donations and fundraising from BRGIE to a competing organization.  As a direct and proximate result of Defendant's fraudulent conduct, Plaintiff has suffered damages in the amount of $500,000.

WHEREFORE, laintiff demands judgment be entered, jointly and severally,

against the Defendants in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000) under

## COUNT TWO
## RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

57.     Paragraphs 1 through 56 are incorporated herein as if fully set forth.

58.     Defendants, participated in concert to willfully defraud the Biafran community in the United States and internationally and to raise funds and donations by fraudulently claiming to be part of BRGIE starting in 2024 and continuing through 2025.

59.     Defendants used text messages, emails, and a variety of internet based social media platforms to commit fraud across state lines as well as international boundaries to solicit funds and donations.

60.     Defendant Orabueze has falsely asserted within the last year to be a member of the cabinet of the President of the United States as well as member of the United States Government in internet based social media postings.

61.     Defendant Orabueze has fraudulently impersonated to be a member of BRGIE to terminated lawfully binding contracts as well dissolve the organization through instructions despatched both by e-mail and text as well as posting online on social media platforms.

62.     As a result of the Defendant's violations of 18 U.S.C. § 1962(c) Plaintiff has suffered injury to its business and property in an amount not less than

$500,000. Pursuant to 18 U.S.C. § 1964(c), Plaintiff seeks treble damages in the amount of $1,500,000 plus reasonable attorneys' fees and costs of suit.

WHEREFORE, Plaintiff demands judgment be entered, jointly and severally, against the Defendants in the amount of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000) and an additional amount for prejudgment interest on commercial losses suffered by Plaintiff.

## COUNT THREE
## <u>TORTUOUS INTERFERENCE</u>

63.     Paragraphs 1 through 62 are incorporated herein as if fully set forth.

64.     Also as a direct and proximate cause of the willful, wrongful, intentional and reckless acts of Defendants The act of Defendants constituted an intentional act that tortuously interfered with Plaintiff's contracts, business relations, and other business operations and opportunities.

WHEREFORE, Plaintiff demands judgment be entered, jointly and severally, against the Defendants in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000) and an additional amount for prejudgment interest on commercial losses suffered by Plaintiff.

## <u>COUNT FOUR</u>
## <u>CONVERSION</u>

65.     Paragraphs 1 through 64 are incorporated herein as if fully set forth.

66.     As a direct and proximate result of the willful, wrongful, intentional

and reckless acts of Defendants, Plaintiff was deprived of both its physical and intellectual property.

67.    Accordingly, Plaintiff brings a claim for conversion against Defendants pursuant to the laws of the State of Georgia.

WHEREFORE, Plaintiff demands judgment be entered, jointly and severally, against the Defendants in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000) and an additional amount for prejudgment interest on commercial losses suffered by Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court grants Plaintiff judgment in its favor against Defendants on Count One and Count Two, Count Three and Count Four and further grant Plaintiff:

A.    That Defendants pay to the Plaintiff's reasonable costs and expenses of this action; and

B.    That Defendants pay to the Plaintiff reasonable attorney's fees to be allowed to the Plaintiff by the Court; and

C.    Punitive damages against Defendants in an appropriate amount to be determined at trial; and

D.    That Plaintiff have such other and further relief as is just.

Dated:        May 29, 2025                  Respectfully submitted,


  //s//   A. Dabiri
Arman Dabiri (DC Bar # 463351)
Law Offices of Arman Dabiri &
        Associates, P.L.L.C.
5052 Loughboro Road, N.W.
Washington, D.C. 20016
Tel. (202) 255-4769
E-mail: armandab@att.net

Counsel for Plaintiff